# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **JOHN KUZYK,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**ILLINOIS BELL TELEPHONE COMPANY,**<br><br>　　　　　　Defendant. | Case No. 1:15-cv-07491<br><br>Honorable Andrea R. Wood |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

　　Plaintiff John Kuzyk and Defendant Illinois Bell Telephone Company, through their undersigned attorneys, hereby stipulate and agree that this matter be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own fees and costs.

Dated: May 25, 2017　　　　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| */s/ Kathryn E. Siegel*<br>Laura Lindner<br>Kathryn E. Siegel<br>LITTLER MENDELSON, P.C.<br>321 North Clark Street, Suite 1000<br>Chicago, IL 60654<br>(312) 372-5520<br><br>Attorneys for Defendant | */s/Barry A. Gomberg*<br>Barry A. Gomberg<br>BARRY A. GOMBERG & ASSOCIATES, LTD.,<br>53 West Jackson Blvd., Suite 1350<br>Chicago, IL 60604<br>(312) 922-0550<br><br>Attorney for Plaintiff |

## CERTIFICATE OF SERVICE

Kathryn E. Siegel, an attorney, hereby certifies that on May 25, 2017, she caused a copy of the foregoing *Joint Stipulation of Voluntary Dismissal* to be filed using the ECF system, which will send notification of such filing to counsel for Plaintiff.

                                            */s/ Kathryn E. Siegel*
                                             Kathryn E. Siegel